**E-FILED**
Friday, 14 October, 2016  04:49:19 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois



FILED

OCT 14 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Amir Marmarchi
Plaintiff,

)
)
)
)
)
)
)
)
)
)

v.

University of Illinois at
Urbana Champaign
Defendant(s).

and its five employees Alex Kirlik
Holy Kizer, RS Sreenivas
Anne Koper, Wojtek Chodzko-Zajko

Case No. 16-CV-2325

### PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

## I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

## II. PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of ___Iran___ (state), who resides at ___419 Warren Ave, Normal, Illinois___, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant ___University of Illinois at Urbana Champaign___ is employed as a

_____
(a) (Name of First Defendant)

_____
(b) (Position/Title)

with_____.

(c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

This is the entity that provided conditions and facilitated wrongdoings committed by its employees against me

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

They lacked the desire and willingness to address the issue of fraud that I mentioned to them and they showed no desire to hold their faculty accountable

**Defendant #2:**

C.     Defendant ___Alex Kirlik___ is employed as a
(a) (Name of Second Defendant)

___Professor___
(b) (Position/Title)

with___University of Illinois___.
(c) (Employer's Name and Address)

*Check one of the following:*

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

He suggested fraud which I ignored, as a retaliation he made himself extremly inaccessible, gave me runaloy ordered me to stay away of him and others with the goal of making others terminate my phd (cat's paw doctorine) and it was but that I noticed,

☒ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

fraud and fabrication and misure of federal money he had (IARPA funding), coercion retaliotion discrimination actually done the fabrication himself which explains why he wanted to based on age, national origin and age, violating my freedom of speech, breech of contract, wrongful termination from job and PhD, ordering to hide results circumvention of IARPA

**Defendant #3:**

D.   Defendant _Anne Kopera_ is employed as a

_____(a) (Name of Third Defendant)_____

_associate dean_

_____(b) (Position/Title)_____

with _University of Illinois_ .

_____(c) (Employer's Name and Address)_____

*Check one of the following:*

[✓] This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

She framed my complaint/grievance in a distorted way with no reference to my reported fraud, and ignoring myriads of other evidence

[✓] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

She took excessively long time in dealing with my grievance and ultimately ignored all facts and summarized all issue under some softened titles like "late response" to describe an advisor who hadn't contacted me at all for months and years, and had forbidden me from contacting him

**Additional Defendant(s) (if any):**

E.      Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Holy Kizer & Ramavapuro Sreenivas for instigating, forcing and tempting my advisor to make academic judgment based n an irrelevant decade-old issue.

wojtek chodzko-zajko for his blind support of Koper and Kirlik and ignoring all my offered evidence

## III. PREVIOUS LAWSUITS

A.      Have you begun any other lawsuits in federal court? Yes
        ☐                              ☒ No

B.      If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

      1.      Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

      2.      Date of Filing:

      3.      Case Number:

      4.      Jurisdiction/Court:

      5.      Name of Judge:

      6.      Issues Raised:

      7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?):

      8.      Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.* please See attached 24 claims numbered in separate paragraphs.

1. On or about_____(month,day,year), at approximately _____

☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of)

_____, in the County of

_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐        arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐        searched plaintiff or his property without a warrant and without reasonable cause;

☐        used excessive force upon plaintiff;

☐        failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐        failed to provide plaintiff with necessary medical care;

☐        conspired together to violate one or more of plaintiff's civil rights;

☐        other *(please explain)*:  _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically:

_____

_____

3. The criminal proceedings *(check the box that applies)*:

☐        are still pending.
☐        were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐        resulted in a finding of guilty on one or more of the charges.
☐        other:_____

_____

_____

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

Loss of phd degree, Loss of years of life, Loss of past and future job opportunities Emotional distress due to advisors retaliations leading to my suicide in 2014, advisor tarnished my quality research by presenting a fabricated version and deprieved me of expressing and exercis my freedom of speech'

7.  Plaintiff asks that this case be tried by a jury.   □ Yes    ☑ No

presenting the true results, he breeched the advising contract for years until he finally officially terminated his advising with me

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $ _8,000,000_ to compensate for *(check all that apply)*:

    ☑ bodily harm
    ☑ emotional harm
    ☑ pain and suffering
    ☑ loss of income
    ☑ loss of enjoyment of life
    ☑ property damage

2.  Punitive Damages:    ☑ Yes        ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.  _yes_

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _10/10/2016_

Signature of Plaintiff: _Amir Marmarchi_

Plaintiff's Name *(print clearly or type)*: _AMIR MARMARCHI_

Mailing Address: _419 Warren Ave_

City: _Normal_        State: _IL_    Zip: _61761_

Plaintiff's Telephone Number: _217-417-3736_